

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| MARCELO MAILLAND, | § | No. 08-19-00063-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D04232) |
|  | § |  |

# **O R D E R**

The Court GRANTS Bertha Prieto's request for an extension of time within which to file the Reporter's Record until **July 7, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Bertha Prieto, Official Court Reporter for the 41st District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before July 7, 2019.

IT IS SO ORDERED this 7th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.